- 1 -

Your Name: Jessica King

Address: General Delivery Lakeport CA 95453

Phone Number: 707-353-7080

Fax Number: N/A

E-mail Address: jessck12875@gmail.com

Pro Se Plaintiff

**FILED**

**JUN 05 2024**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CV24    3397    RMI

Jessica King

Case Number _[leave blank]_

Plaintiff,

vs.

FCC, FTC, Meta, Nvidia, Maxar Technologies, Ect

Defendant.

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ☑  No ☐

## PARTIES

1. Plaintiff. [_Write your name, address, and phone number. Add a page for additional plaintiffs._]

Name: Jessica King

Address: General Delivery Lakeport CA 95453

Telephone: 707-353-7080

COMPLAINT
PAGE 1 OF 8 _[JDC TEMPLATE – Rev. 05/2017]_

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: Federal Communications Commission

Address: 45 L Street NE Washington DC 20554

Telephone: 888-225-5322

Defendant 2:

Name: Federal Trade Commission

Address: 600 Pennsylvania Ave NW Washington DC, 20580

Telephone: 877-382-4357

Defendant 3:

Name: Meta Platforms, Inc

Address: 1 Hacker Way, Menlo Park CA 94025

Telephone: 650-543-4800

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☒ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

_____.

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE 2 OF 8 [*JDC TEMPLATE – Rev. 05/2017*]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: ~~Sar~~ Nvidia

Address: 2788 San Tomas Express Way, Santa ~~Clara CA~~ Clara CA 95051

Telephone: 408-486-2000

Defendant 2:

Name: Maxar Technologies

Address: 1300 West 120th Ave, Westminster CO 80234

Telephone: 650-852-4000

Defendant 3:

Name: Google

Address: 1600 Amphitheatre Parkway, Mountain View CA 94043

Telephone: 650-253-0000

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[X] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

_____.

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE 3 OF 8 [*JDC TEMPLATE – Rev. 05/2017*]

1     2.  **Defendants.**  [*Write each defendant's full name, address, and phone number.*]

2  Defendant 1:

3  Name:  Securus Technologies

4  Address:  5360 Legacy Dr Ste 300, Plano, TX  75024

5  Telephone:  972-734-1111

6

7  Defendant 2:

8  Name:  Via Path / Global Tel-Link

9  Address:  3120 Fairview Park Drive Ste 300, Falls Church VA 22042

10  Telephone:  877-650-4249

11

12  Defendant 3:

13  Name:  Inter Active Corp

14  Address:  555 West 18th Street, New York NY 10011

15  Telephone:  212-314-7300

16

17  ## JURISDICTION

18  [*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

19     3.  My case belongs in federal court

20  ☒ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

21  [*Which federal law or right is involved?*] _____

22  _____.

23  ☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the

24  defendants <u>and</u> the amount of damages is more than $75,000.

25

26

27

28

COMPLAINT
PAGE 4 OF 8  [*JDC TEMPLATE – Rev. 05/2017*]

2. **Defendants.** [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: Match Group

Address: 8750 N Central Expy Ste H00, Dallas TX 75231

Telephone: 214-576-9332

Defendant 2:

Name: Bumble

Address: 1150 West 41st St, Austin TX 78756

Telephone: 212-277-2322

Defendant 3:

Name: ~~Spark Networks~~ Meet Group, Inc

Address: ~~#1-43 Kahif~~ 100 Union Square Dr, New Hope PA

Telephone: 215-862-1162

### JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[X] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

_____.

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE 5 OF 8 [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4.  Venue is appropriate in this Court because:

☒ a substantial part of the events I am suing about happened in this district.

☒ a substantial part of the property I am suing about is located in this district.

☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☒ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5.  Because this lawsuit arose in **Lake** County, it should be assigned to the **Northern** Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

This is Included in the main case file which I already mailed in April

COMPLAINT
PAGE **6** OF **8** [*JDC TEMPLATE – Rev. 05/2017*]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CLAIMS**

**First Claim**

(*Name the law or right violated:* _____)

(*Name the defendants who violated it:* _____)

[*Explain briefly here what the law is, what each defendant did to violate it, and how you were*

*harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

_____. This is included in the main case file _____

_____

_____

_____

_____. _____

_____

_____

_____

_____. _____

_____

_____

_____

_____. _____

_____

_____

_____

_____. _____

_____

_____

_____

//

COMPLAINT

PAGE 7 OF 8 *[JDC TEMPLATE – 05/17]*

1

## DEMAND FOR RELIEF

2
*[State what you want the Court to do. Depending on your claims, you may ask the Court to award*
*you money or order the defendant to do something or stop doing something. If you are asking for*
3
*money, you can say how much you are asking for and why you should get that amount, or describe*
*the different kinds of harm caused by the defendant.]*

4
_____. This is included in the main case file

5

6

7

8

9

10

11

12

13

14

15

## DEMAND FOR JURY TRIAL

16
*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

17
[X] Plaintiff demands a jury trial on all issues.

18

19

20
Respectfully submitted,

21

22
Date: **6/8/24**        Sign Name: *Jessica King*

23
Print Name: *Jessica King*

24

25

26

27

28

COMPLAINT

PAGE __8__ OF __8__ *[JDC TEMPLATE – 05/17]*

# Table of Contents

**King VS Meta, Nvidia, Maxar Technologies Ect**

| | |
|---|---|
| Cover Page | 1 |
| Introduction | 6 |
| Venue + Jurisdiction | 1 |
| Parties | 2 |
| Factual Allegations (1-XIX) | 48 |
| Additional Factual Allegations 1,2&3 (XXI-XXXIV) | 38 |
| Violation Counts (I-XIV) | 25 |
| Prayer for Relief | 8 |
| Summary of Complaints Against Each Entity | 14 |
| Summary of Plaintiff's Trouble | 2 |
| Jurisdiction of Internet and Delaware Companies | 1 |
| Referential Material Regarding AR/XR Use in Government | 4 |
| Responses to Referenicial Material | **2** |
| Social App Reviews | 5 |
| Specific Related Individuals + Summary of | 20, 29 |
| Arguments for Net Neutrality | 6 |
| AR/XR Industrial Classification Suggestion | 4 |
| AR/XR Product Evaluation Under ISO-1200 Standards | 4 |
| Letter to Office of Government Ethics | **2** |
| PTSD Report | 3 |
| Police Reports | **6** |
| Health Records | 1 |
| Work and Earning History | 1 |
| Privacy Protective Surveillance | **16** |

**Total Pages : 255 Pages**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica King | Case No. |
| Plaintiffs, | COMPLAINT, JURY DEMAND |
| v. | |
| Federal Trade Commission,  Federal Communications Commission, Meta, Nvidia, Maxar Technologies, Google, Securus/Aventiv Technologies, Global Tel-Link/Viapath, Inter Active Corp, Match Group, Bumble, Spark Networks, Meet Group Inc, Newcom Networks, and any other other related Satellite, Internet Platforms/Services/Media Companies, or other persons or entities that use AR/XR devices, programs, platforms and applications that view illegally-taken satellite video, audio and fNIRS footage of the Plaintiff. | |
| Defendants. | |

## INTRODUCTION

1.      This lawsuit involves the illegal use of Mixed and Augmented Reality(AR/XR) programs and applications by theFederal Trade Commission, Federal Communications Commission, Meta, Nvidia, Maxar Technologies, Google, Securus/Aventiv Technologies, Global Tel-Link/Viapath, Inter Active Corp, Match Group, Bumble, Spark Networks, Meet Group Inc, Newcom Networks, and any other other related Satellite, Internet Platforms/Services/Media Companies, or other persons or entities that use AR/XR devices, programs, platforms and applications that view illegally -taken satellite video, audio and fNIRS footage of the Plaintiff.

2.      **Defendants, have used and currently do use, AR/XR programs, applications, platforms, fNIRS technologies, and devices such as AR/XR Contact Lens, Glasses, Headers and fNIRS technologies, and they do use, promote, market and sell the illegally-taken data from illegal satelite video footage which displays through the devices, onto their AR/XR Platforms and Internet and Media Services.**

3.      There is documentation in the following statements that verifies the existence and ue of such said Virtual, Augmented and Mixed Reality programs. The devices, programs, platforms, and applications, and fNIRS technologies use are in violation of several many state and federal laws.

4.      Federal Trade Commission, Federal Communications Commission, Meta, Nvidia, Maxar Technologies, Google, Securus Technologies, Inter Active Corp, and Match Group, Bumble, Spark Networks, Meet Group Inc, Newcom Networks are primary companies that have used AR/XR devices, programs, platforms and applications, and fNIRS technologies, to illegally view, harvest, sell, or host Plaintiff King's sensitive personal information and private data to multiple outlets without permission. These are multiple ways that the Defendants in this lawsuit violate the Plaintiff's rights and personal safety, but the methods that they have used to do them are the same. This is

5.      In addition, each of the Defendants, in this case, are meant to be a representative of similar companies in their entire industry. The Plaintiff intends industry-wide level adjustments to policies, laws and procedures regarding the use of AR)XR technology, which she declares in violation of "more US laws that are even listed in this lawsuit".

6.      Plaintiff King alleges that she has been repeatedly, specifically singled out even in her personal private residence, through AR/XR methods, by the Federal Communications Commission, Federal Trade Commission, Meta, Nvidia, Maxar Technology, Google, Securus Technologies, Match Group, Bumble, Spark Networks, Meet Group Inc, Newcom Networks and all other Satellite, Internet Services, or Media companies that use AR/XR devices, programs, platforms and applications, and fNIRS technologies.

7.      Before the Plaintiff addresses more, it is necessary to provide backstory to AR/XR use upon the Plaintiff:

8.      The Plaintiff first confirmed that she was a victim of location-stalking through satellite camera or drone footage, and not fixed cameras, since Febuary 2022, when she suddenly became homeless. She also first learned that these satellite videos can also be seen specifically through Augmented Reality devices, and not just web browsers, in March 2023. She had over the course of the years 2019-the present also come to fully know that she had been an unknowing military base experiment, which was a gamble scheme to use and exploit children, since she was a child. The Plaintiff had to do her own research to find the source of the stalking and harassment. Ultimately, she discovered the use of SAR satellite video or drone footage being used to spy on her, as well as AR//XR devices, programs, platforms and applications, and fNIRS technologies using those videos.

9.      The Plaintiff has experience mass amounts of stalking and harassment

through these methods. She had this month of July 2035/24 a complaint with her local County for the use of these AR/XR programs, devices, platforms and applications to stalk and harass her, as well as view and use her personal data without legitimate purpose or permission.

10.     The Plaintiff knows that it is an AR/XR problem, because the stalking and harassment that she experiences are, since 2019 at least, usually sudden, and obviously respond to her vision, words and actions in real time. Beyond this, another reason that the Plaintiff is sure that it is an AR/XR problem, is that her experience with several entities, including all those listed in this complaint and more, and on internet content, and persons, also confirms her suspicion, following the **typical patterns of AR/XR users that she had encountered: informal real-time responses and references to seni-current happenings in her life, as well as references to past things that the AR/XR users supposed to relate to her, such as the names of her aquaintances and family members, or things related to past events.**

11.     **Plaintiff King is very upset about the use of such tactics, especially seeing as nearly every single day since she discovered it in 2019, she has repeadedly, consistently, and loudly made it by no means unknowable that she opposed the stalking,** harassment, and unlawful use of her personal data. **Many of these same tactics, which are now being used by tax-funded institutions, had also been used by random, lower-class individuals with mental incompetencies and criminal statuses.**

12.     **It is a matter of fact, proof and observation that Plaintiff King has become aware of the fact and that she has begun to notice since the year 2019 that she was being followed and harassed by individuals that she was not aquainted with.** Many of these individuals would seem to be low-to-average class dwellers, and most seem to not have or be interested in employment, and seem toxic in the fact that they are uneducated, unmotivated, unkempt, sloppy, have horrible work ethic, horrible unethical bias... and, as a means of escapism from dealing with their own lives, it seems

1/

themselves and minding their own business as required by law. The Plaintiff has current ongoing case files with the courts concerning this issue. In summary:

13.    Plaintiff King first knowingly began to be affected by the use of such devices, programs, platforms, application and fNIRS technologies since first around the year of late 2019, but had known of "illegal spyware" causing her trouble since 2014. Since her first encounters with these things were unexplained to her, and also involved her house being broken into, several personal possessions stolen, and continuously since the year 2020 being followed and harassed by people unknown to her.... She has gradually in between her newfound status as jobless and houseless, managed to set aside time to learn for herself what has been happening in her life. **She has, over observation of her experiences, realized for long that unknown persons  to her seem to have had means to visually see things within places of expected privacy and aloneness that they ought not be capable of, and soon found out that is was because of AR/XR products being used with illegal aerial video footage or drones.** She, over the course of moving to different spaces, realized that the camera device was not a single or set of cameras strategically (and illegally) placed in places they knew she was or would go, but that it seemed to see everywhere she did, including insider her residence, hotel rooms and residents of visitation. Since realising this she has learned more about and determined that logically **it is from SAR and Optical Satelite or drone imagery that the illegally-taken videos are created and distributed.**

14.    **Plaintiff King has also alleges that she is a victim of location-based stalking through SAR and Optical Imaging Satelites or drones, which display video and audio to AR/XR devices, programs, platforms and applications, such as AR/XR Contact Lens, Glasses and Headsets, as well as fNIRS transcripts. This has caused her to be followed and harrassed by individuals unknown to her, that have no licensing, authorization or legitimate reason to view or use any of her personal data.** The

personal data disclosed included things such as her name, address, image, likeness, her visual sight and brain activity, various details about her, and her GPS location, to persons unknown to her, who for no legitimate purpose, then follow and harass her by GPS location. This has caused her numerous types and degrees of damages, including physical damages, mental and emotional injuries, and fiscal injuries.

15. Plaintiff King alleges that she is under constant, illegally taken, satelite video surveillance through AR/XR products by both low-class citizens and the employees of several businesses and public offices alike.

16. Plaintiff King has learned, by going to court for restraining orders and small claims, that several businesses and governmental institutions alike, do use and promote these AR/XR programs, platforms, applications and devices and fNIRS technologies illegally, and it seems to her that they try to use these in a way as to "run their jobs for them, in their place".

17. Plaintiff King alleges that she has been repeatedly, specifically singled out even in her personal private residence by the Federal Communications Commission, Meta, Nvidia, Maxar Technology, Google, Securus Technologies, Match Group, and all other Satellite or Internet Services and Media Companies that use AR/XR devices, programs, platforms and applications and fNIRS technologies.

18. The FCC, was also involved in the repeal of Net Neutrality rules in 2018, which may directly imply that they intended to specifically begin using AR/XR programs and products, and specifically at the expense of Plaintiff King, who was an unknowing victim of an illicit military base operation.

19. Plaintiff King alleges that AR/XR devices, programs, platforms and applications, like fNIRS technologies, have restrictions, limitations and regulations just like every other device, program, application or product on the market, and that those laws, restrictions and regulations need to be followed.

20. Defendants' actions violate Codes of Federal Regulation, CALCRIM Penal

1/

Electronic communications Privacy Act, California Penal Code 637.7, The Copyright Act, California's Consumer Privacy Act, Code of Civil Procedure 527.6 and California Penal Code 646.9, California Civil Code Section 3344, California's a Business and Prof. Code , The FTC Act 15 USC 45, and Unjust Enrichment.

21.     The Plaintiff was victimized by the illegal and unregulated use of AR/XR devices, programs, platforms and applications, and suffered many types and degrees of damages.

22.     Accordingly, the Plaintiff seeks, in addition to any applicable equitable relief,  injuction from the current illegal and unregulated practices, and compensation equal to the amount of money they may be due for any kinds of injuries they may have suffered.

———

There are many informational references in this case, so the Plaintiff has made a docx file of the links available at:

https://drive.google.com/drive/folders/13nERPdO5Fr4XrO_wuWRLJa9bX8t7_HDG

Or

https://www.dropbox.com/scl/fo/s7lebj66ipu4blrdn7vs7/AFeUVWx29jt04J9rlX927jg

———

## PARTIES

26.   Defendants are as follows:

- The Federal Trade Commission and Federal Communications Commission and are federal regulatory agencies headquarter in Washington DC.

- Meta is an LLC/Stock Corporation headquartered in Menlo Park CA and Lancaster CA.

- Nvidia is a Delaware-based LCC/Stock Corporation headquartered in Santa Clara CA.

- Maxar Technologies is a Delaware-based Stock Corporation headquarted in Westminster CO.

- Google is a Delaware-based LLC and Nonprofit Corporation headquartered in Sheridan WY and Mountain View CA.

- Securus Technologies is a Stock Corporation headquartered in Irvine CA.

- Global Tel-Link is a Stock Corporation headquartered in Falls Church VA.

- Inter Active Corp is a Delaware-based Stock Corporation headquartered New York City NY.

- Match Group is a Delaware-based LLC headquartered in Dallas, TX.

- Bumble is a Stock Corporation headquartered in Westlake Village CA.

- Spark Networks is a Delaware-based Stock Corporation headquartered in South Jordan UT.

- Meet Group Inc is a Delaware-based Stock Corporation Headquartered in New Hope PA.

CA.

27.    The Defendants were and are, at all relevant times, engaged in using and promoting AR/XR devices, programs, platforms and applications in and of the state of California.

28.    Plaintiff King is a citizen of the state of California and a resident of Lakeport, California. She is not nor has she ever been a regiatered user of AR/XR Platforms or AR/XR products such as AR/XR Contact Lens, Glasses, Headsets, or fNIRS technologies, and yet she has found out through informal means that her personal data was collected and harvested through the use of satelite imaging technology, and then uploaded and distributed across their AR/XR Platforms, and Internet Services and Media Websites. The Data collected and reproduced included her name, address, image likeness, many private personal details, and her GPS locations. As well, she has been harassed by the real-time use of fNIRS technology to spy on her thoughts and even vision. This has led to unknown persons attempting to contact her for various illigitmate purposes, and causing many damages, including physical injuries, mental and emotional injuries, and fiscal harm.

## JURISDICTION AND VENUE

23.    This Court has personal jurisdiction over the Federal Trade Commission, Federal Communications Commission, Meta, Nvidia, Maxar Technologies, Google, Securus/Aventiv Technologies, Global Tel-Link/Viapath, Inter Active Corp, Match Group, Bumble, Spark Networks, Meet Group Inc, Newcom Networks, and any other other related Satellite, Internet Platforms/Services/Media Companies, or other persons or entities that use AR/XR devices, programs, platforms and applications that view illegally-taken satellite video, audio and fNIRS footage of the Plaintiff, because their place of business is in the state of California and the Defendants transact business throughout the United States, including in California and in this judicial district.

24.    This Court has personal jurisdiction over heFederal Trade Commission, Federal Communications Commission, Meta, Nvidia, Maxar Technologies, Google, Securus/Aventiv Technologies, Global Tel-Link/Viapath, Inter Active Corp, Match Group, Bumble, Spark Networks, Meet Group Inc, Newcom Networks, and any other other related Satellite, Internet Platforms/Services/Media Companies, or other persons or entities that use AR/XR devices, programs, platforms and applications that view illegally-taken satellite video, audio and fNIRS footage of the Plaintiff, because they transact business in the State  California, including by the use, promotion, marketing and sale of their AR/XR Platforms, Internet and Media Products, which are mounted upon illegally-taken data from illegal satelite or drone video footage displayed through AR/XR devices and applications such as AR/XR Contact Lens, Glasses, Headset and fNIRS technologies, in California, including in this judicial district.

25.    Venue is proper in this District under 28 U.S.C. § 1391(b)(1). Substantial acts in furtherance of the alleged improper conduct, including the illegal collection and sale of sensitive personal data, occurred within this district.

## FACTUAL ALLEGATIONS

I.        Augmented and Mixed Reality Programs, devices, applications and platforms are widely known to have started being used by tax-funded, governmental institutions, and have seen increased advertisment of that fact since the year 2020, shortly after the FCC repealed Title 2 of Net Neutrality Plaintiff King had begun experiencing difficulties.

29.     One article claims: "The COVID-19 pandemic has forced governments to implement strategies aimed at improving the way they deal with citizens, leading to a better output in public services. As a result, many government agencies worldwide have commenced implementing augmented reality (AR) solutions to respond to the most complex needs of citizens in a post-pandemic environment."[1]

30.     An article posted in August 2021 claims: "From firefighting and social services to increased accessibility, public-sector agencies are using virtual and augmented reality to improve how staff train to interact with citizens — and it's only the beginning."[2]

31.     Another article iterates in November 2021: "In today's complex, digital-first world, XR will redefine how government trains its workers, delivers services to customers, and operates remotely. With disciplines like digital engineering, telehealth, and data fusion taking center stage, the ability to work virtually in a digital world has never been more important. XR is helping federal agencies reimagine how they can operate while making data more accessible and digestible: These tools are already enabling federal agencies to reimagine how they deliver on their missions. For example, a large federal agency used mixed reality headsets that project 3D images into a physical space to overcome travel constraints created by COVID-19. In this case, U.S.-based members of the agency conducted real-time visual inspections of facilities on the other side of the world, supported by visual data delivered by an on-site inspector — a vivid demonstration of the power of XR to enhance government operations regardless of geographic limitations."[3]

32.     As shown above, it is constantly stated by several online articles- as well

the distraction of the remotely viewed videos as a means to "do their jobs for them", or to "not do their jobs at all".

**II.      Between the years 2016 and 2017, some states began to adopt Virtual, Augmented and Mixed Reality programs for use within Correctional facilities and jails. This led to companies such as Securus Technologies and Global Tel-Link, to launching services based on data collected from AR/XR devices that stream illegal satelite or drone footage, such as through AR/XR Contact Lens, Glasses, Headsets and application like fNIRS technologies.**

33.      Securus Technologies and Global Tel-Link are 2 confirmed manufacturers and distributers of these types of AR/XR programs to prisons.[7] An article by Prison Legal News describes Global Tel-Link and Securus Technologies as "competing for a share of a lucrative and unregulated market". "51,000 tablets were supplied to New York prison systems by Jpay, the company that owns Securus Technologies, which will then charge for services on the devices, such as messaging and music."

34.      In an article from Prison Legal News they preempt that the speculation for such "Correctional Outreach" systems began in the year 2012, and began to be implemented in 2016. [4] In an article from Wired they re-iterate that "the first augmented Reality Prison Sentence" had been conducted in 2017.[5] In another article from Technology Review they also confirm the reality of it's enactment, along with several other online sources. [6]

35.      It is due to note that Augmented and Mixed Reality, in contrast to Virtual Reality, uses various data from real-life, real-time events, incorporating them into a virtual program that displays elements of that data. Virtual reality does not use data collected in real time from live subjects.

36.      There are many arguments against AR/XR and what it's boundaries are with concerns to 1- In what situations and 2- What kinds of information that AR/XR applications may extract and use data, as well as 3- How that data is legally allowed to be used. In many cases the collection of unwarranted and unauthorised data from law-

1/

abiding Citizens who has suffered harrasment or mistreatment or illegal and a violation of the 4th Amenedmant, as well as the citizens civil rights, and a long list of federal and state laws.

37.    "The FCC currently regulates what inmates pay for calls and messages on these devices, but not for other content on the devices." [8]

38.    One article describes that capabilities of such devices: "AR/XR enables video feeds from surveillance cameras to be transmitted through wearable devices, such as smart glasses... Users can be immediately placed in any situation not at thier their location. Video captured by high resolution cameras on smart glasses can also be transmitted to a 'security operations center'... Benefit from an on-the-ground view of any situation, and especially areas that cannot be easily reached by traditional security cameras."[9] .. Another article innumerates a mentally ill inmates take on what augmented reality devices should be used for.[9]

39.    Some of the AR/XR programs involve using other kinds of AR/XR applications, such as "Augmented Reality games". Some of these games involve the illegal use of satelite video streams that capture video and audio of incarcerated individuals from places of expected privacy, as highlighted in the 4th Amendment, and a long list of other federal and state laws.  In an article from Electronic Frontier Foundation, they reference what the following other articles also reference: the reality of "augmented reality gaming" within these AR programs, amoung other harms.[13] The sentiment is echoed in and Inverse article, who calls it a "human rights violation" and the company that issued the patent, being a for-profit company, as "creating an avenue for unwarranted surveillance".[14] Finally, one article exumerates the reality and concern highlighted earlier about prison AR gaming:, A mixed virtual and augmented reality "game" called "A Miscarriage of Justice AR". [15] This "AR Prison game", is exactly what Plaintiff King means when she ties the County's AR programs, application and device used to following a highly corrupt military scheme, and has material ties to her

40.     Plaintiff Jessica King is and was a victim of the illegal use of these types of violations to her person, which have caused several types and degrees of injuries to her including physical injuries, mental and emotional injuries, and fiscal injuries.

### III.        Satelite Companies and drones have begun recording High Definition video surveillance of the Earth, in violation of many rights of citizens and state and federal laws.

.

41.     Companies such as Maxar Technologies, Planet Labs, Skybox Imaging and Digital Globe launched dozens of satelites in the year 2014 with the goal of recording earth in real-time. "The satelites themselves are getting cheaper, smaller and more sophisticated with resolutions of up to 1 foot. Commercial satelite companies make this data available to corporations or potentially private citizens with enough cash."[10]

42.     An article by Brooking Collage titled 'Researchers Detail Privacy-Related, Ethical Challenges with Satelite Data', at a Privacy Law Scholars Conference in Berkeley CA: "Regulators, legislators and the public are largely unaware of the role that satellites play in the Internet of Things, or as some call it 'the satellites smart device information nexus'. Commercial remote-sensing satellites provide the technical underpinnings and data that enables these systems to function, and yet the satellite smart device information nexus is not on the US domestic privacy and electronic surveillance data framework." They go on to iterate that the public is largely unaware of the activities of these satellite companies, because the companies have not told anyone what they were doing, and that this area should be subject to international discourse on cyber law.[11] Other articles also cite the threat of satellites to domestic privacy and security.[12]

43.     Many states have laws surrounding the interception, use and disclosure of satellite transmissions, and violations result in fines, jail time, and civil damage liability.

44.     As for the possible use of Unmanned Aerial Systems (or drones). Many states have laws regulating the use of drones, including California's Civil Code Section 1708.8, which prohibits drones from taking or recording video or sound without the

consent. Parties who do not have drone waivers are reviewed for the use of drones in most situations.

---

[1]Immersive Technologies in the Public Sector: The Role of AR, VR, and the Metaverse in Government Services https://vection-technologies.com/solutions/industries/public-sector/; 6 Ways Augmented Reality is Changing local government https://govlaunch.com/stories/6-ways-virtual-reality-is-changing-local-government

[2]Augmented, Virtual Realities Hold Promise for Governmenthttps://www.govtech.com/products/augmented-virtual-realties-hold-promise-for-government?_amp=true

[3]Federal extended reality: Merging the real and virtual world https://www.accenture.com/us-en/insights/us-federal-government/extended-reality

[4] Some Prisons Are Using Virtual Reality for Re-Entry and Other Programs https://www.prisonlegalnews.org/news/2019/jul/2/some-prisons-are-using-virtual-reality-reentry-and-other-programs

[5] The First Augmented Reality Prison Sentence https://www.wired.com/beyond-the-beyond/2017/05/first-augmented-reality-prison-sentence/;

[6] Innmates Are Using VR to Learn Real-World Skills https://www.technologyreview.com/2023/04/26/1071412/inmates-vr-real-world-skills-incarcerated-instructions/amp/

[7] Transforming Correctional Facilities through Technology https://www.gtl.net/gtl-tablet-solutions/; https://www.securustechnologies.tech; https://www.securusunity.com

[8] Tablets and E-Messaging Services Expand in Prisons- So do Fees https://www.prisonlegalnews.org/news/2018/apr/2/tablets-and-e-messaging-services-expand-prisons-and-jails-do-fees/

[9] Augmented Reality: The Real Deal in Security https://blog.oncamgrandeye.com/featured/augmented-reality-the-real-deal-in-security?hs_amp=true

[9] https://olamcapital.com/augmented-reality/

[10] Real Time Satelite Surveillance https://reillytop10.com/previous-lists/2015-list/real-time-satellite-surveillance/

[11] Researchers detail Privacy-Related Legal, Ethical Challenges with Satellite Data https://phys.org/news/2019-07-privacy-related-legal-ethical-satellite.amp

[12] Soon, Satellites Will be Able to Watch You Everywhere All the Time https://www.technologyreview.com/2019/06/26/102931/satellites-threaten-privacy/amp/; Satellite surveillance is a Huge Privacy Concern https://www.cnet.com/science/turns-out-satellite-surveillance-only-sounds-like-a-major-privacy-concern/

[13]The Catalog of Carceral Surveillance: Prison Gaming and AR/VR Services https://www.eff.org/deeplinks/2021/09/prison-surveillance-catalog-prison-gaming-and-arvr-services

[14] This Prison Company's VR Patent sounds like a Human Right Violation https://www.inverse.com/input/tech/prison-tech-company-patents-a-vr-system-for-inmates-to-pretend-their-free/amp

[15] Augmented Reality @ Pentridge Prison https://atalantifilms.com.au/current-projects/multeye-medi-ar-storytelling/

---

IV.      The use of illegal High Resolution Satellite Video Imagery or Drone Video footage is unlawfully used/displayed through AR/XR Headsets, Glasses, Contact Lens and Mobile Platforms.

include thermal imaging, hyperspectral imaging, and atmospheric monitoring.  Currently, privately owned satelites such as Maxar Technologies  are allowed to take images up to 35 centimeters of resolution, which means that they can detect something as small a mailbox.[20] (although many satellites can make images of more than 1 foot of resolution)

46.    As previously noted, high definition satellite imagery can also be applied to use Functional Near Infrared Spectroscopy Imaging, or fNIRS, which is used for both eye tracking and brain reading capabilities.[21]

47.    This data, collected from the use of High resolution satellite imagery, or arieal surveillance, is a huge privacy concern, violating several federal and state laws.

48.    The data can often be used by unregulated, unauthorised and unrecorded persons. In the case of some AR/XR companies like the Metaverse applications, a victims personal information is posted to a public, decentralized virtual internet that has a huge lack of accountability and regulation, without the individuals notice or consent.[22]

49.    As the data is collected through SAR and Optical satelites imagery, or drone imagery, one might not even be a user of certain devices, applications, programs or websites to have their personal data collected and harvested-- so they have certainly not given consent to any terms of condition or privacy policies. According to the Cybersecuirty Infastructure and Security Agency, 47‰ of adults have had their personal information exposed to cybercriminals. [23] Cited in and article from Securities Magaxine called The Metaverse Ushers in a New Era of Cyber Threats  they state "Attackers can impersonate victims in the metaverse by exploiting the behavioral and biological data gathered by AR/VR devices to create a fake avatar for criminal use."[24] This is also cited on other sites.

50.    "Organisations deploying AR/VR devices or platforms should ensure that the risks of hack attacks, data breaches, and other adversarial attacks are strictly being monitored. Such organisations also need to plan ahead of adversarial AI attacks and

Emi with FILED 02/18/49

1/

V.     Some, including this particular AR/XR program, in fact originated from a military base scheme revolving around Plaintiff King that is highly critisizable.

51.     As previously mentioned, Plaintiff King has been going to court seeking restraining orders on induviduals who were involved in stalking her. She had already determined that the nature of their following and harassing her had to do with the military base scheme, when she noticed the Courthouse and many facilities throughout the county did indeed use and promote the AR/XR programs, applications and devices. The ~150-200 page reports that she attached to her restraining orders document the facts and reality of the military base scheme, as well as her orders on correction. As previously noted, the base scheme, the development of AR/XR programs surrounding it, the FCC's actions in repealing Title 2, and the County's use and abuse of AR/XR programs, devices and applications are all connected. In addition to the basic laws that this violates, another layer of fault comes in that the programs can almost be run like an "Augmented Reality, 'Game'", that has to do with following the script of a highly corrupt and critisizable military base scheme/gambling game that when it began targeted 15-17 year old children.

52.     The military base scheme, as many have known, and as Plaintiff King began to first learn about late, in the year 2020, has to do with a very odd sub-culture that involved stalking her through illegally-taken satelite surveillance imagery, since she was young, and importantly around he year 2006, when she was 16 years old. As many know she was in a certain situation in which her family and herself moved a bit more frequently than others might have, and by the year 2004 and 2006 notably, one of the criminal base constructors, an animator and actor by the name of Jorge Garcia[25], amoung others decided to make a gambling game out of her relocation (as a 13-16 year old child at the times of the ideas conception) to Lake County CA a few years before it was inevitable to happen, and eventually did in the year 2008.

53.     The prior mentioned gambling game is materially connected to most of

W

"Death Note" (2006-2008). 2006, notably was the year that the Okinawa Base Deal was signed by the US[26], and to this day close associates of Jorge Garcia are reproducing Death Note and working with the Japanese goverment.[27]

54.     It essentially linked portrayals of her likeness to portrayals of the likeness of Lake County CA residents, most of whom were as well under 18, long before she eventually did move to Lake County in the year 2008. The publications, such as Death Note, are banned in many countries for promoting violence.

55.     References of base operations in Okinawa highlight the reality of their actions and involvent with some US base operators in the gambling scheme. The scheme essentially threw a very lousy, hap-hazard chip into the "relocation gamble", essentially taking advantage of foreseeable situations that were obviously and inevitably disharmonic in the lives of young (14-17 year old) children.[28] Plaintiff Jessica King was pressured to "have some sort of relation to" several other Lake County CA residents, most of whom she is seeking restraining orders and criminal charges against.

As stated above, the publications contain links to Lake County residents, and ones that the Plaintiff is seeking restraining orders and small claims against. These cases are currently filed with the Court for the cases FL-217965, CV-423602, CV-423882, CV-423945 and CV-424321. These filed cases contain detailed records and evidence of the military base gamble, and should be referenced for documentation purposes. These **filed cases contain detailed records and evidence of the military base gamble, and should be referenced for documentation purposes, and available to read at the following link:**

https://drive.google.com/drive/folders/1JFbDLJh8kHT-_5ZhqIllaxe6Lr1kBcjQ.

56.     As a result of these incidents, and the new accumulation of such similar ones since the launch of 9-11 and the modern surveillance state, Plaintiff King criticizes the incompetency and illegality of the military system as a whole. One paper, a

inherently having several major setbacks, like exposure to situations that causes injuries, the worsening of pre&existing conditions, no real decrease in crime rates, and late entry into the work force.[26]-[1] See: Why Do So Many Military Vehicles Crash Outside of Combat, and What Is the Military Doing About It?: "July 2021: Army and Marine Corps personnel are trained to operate tactical vehicles, like tanks and trucks. However, the Army and Marine Corps reported 3,751 tactical vehicle accidents outside of combat that resulted in 123 servicemember deaths between FY 2010 and 2019. **What causes tactical vehicle accidents? We found that human factors such as driver inattentiveness, lapses in supervision, and lack of training were the most common reported causes of vehicle accidents outside of combat. The Army and Marine Corps have practices to prevent or lessen the seriousness of vehicle accidents, but these practices are not always followed, often due to a focus on "getting the mission done." How often did serious accidents occur? In average, 34 Class A and B accidents (the most serious classes) took place each fiscal year from 2010 to 2019. Each of these accidents resulted in at least one death, permanent disability, multiple hospitalizations, or more than $500,000 in damages; For example, personnel described risk assessments—used to identify hazards associated with tactical vehicle operations—that were inaccurate and reused without being updated, which artificially lowered perceived risk levels. Also, soldiers and marines we spoke with said they did not always take precautions that could reduce the severity of the accidents, such as using seatbelts or other restraints in tactical vehicles. Further, in some cases, we found that the restraints did not work or had been removed from the vehicle."[28]-[2]** The Plaintiff has verified these observations herself, and declares the entire surveillance-based ststem as inherantly incompetent.

---

[20] Department of Commerce Addresses Liscencing of Private Satelites
https://www.eff.org/deeplinks/2019/07/department-commerce-address-privacy-licensing-satellites-watch-over-us
[21] Functional Near infared Spectroscopy: Enabling Routine Functional Brain Imaging

[22] Emerging Scams and Phishing Risks in the Metaverse
https://www.pwc.com/us/en/tech-effect/cybersecurity/emerging-scams-and-phishing-risks-in-the-metaverse.html
[23] Augmented Reality must have Augmented Privacy
https://www.eff.org/deeplinks/2020/10/augmented-reality-must-have-augmented-privacy
[24] The Metaverse Ushers in a New Era of Cyber Threats
ttps://www.securitymagazine.com/articles/98571-the-metaverse-ushers-in-a-new-era-of-cyber-threats
[25] Wikipedia:Jorge Garcia https://en.m.wikipedia.org/wiki/Jorge_Garcia
[26] 2006: A Year In Review ttps://www.stripes.com/news/2006-in-review-on-okinawa-a-year-of-change-or-the-promise-of-it-1.58564; Japan Rules Out 2006 Plan to Solve US Base Row
https://www.reuters.com/article/us-japan-politics-usa/japan-pm-rules-out-2006-plan-to-solve-u-s-base-row-idUSTRE63N0GS20100424; US Military Presence in Okinawa
https://drive.google.com/file/d/1HIALaDq2xcU63AHmMAWoxUtxdoO9q-jh/view?usp=drivesdk
[27] Masi Oka Leaving Hawaii 5-0 After 7 Seasons ps://rafu.com/2016/12/masi-oka-leaving-hawaii-five-0/
[28] What's Jorge Garcia's Doing Now? https://www.looper.com/211104/the-real-reason-jorge-garcia-left-hawaii-five-0/
[28-1] Military Base Demographic Research
https://drive.google.com/file/d/1Hyq8VsVkAA_LI3vCKwRoZSqbT2Qg5H5g/view?usp=drivesdk
[28-2] Why Do So Many Military Vehicles Crash Outside of Combat, and What Is the Military Doing About It? https://www.gao.gov/blog/why-do-so-many-military-vehicles-crash-outside-combat%2C-and-what-military-doing-about-it

---

## VI.    Nvidia Omniverse and Meta's Metaverse both run on Blockchain technology.[29]

57.    Again, Nvidia Omiverse and Metaverse are known to operate their platforms on Blockchain systems. Here it is essential to note that Augmented Reality, in difference from Virtual Reality, uses, real-life,  often teal-time data harvesting from the real world, and then transcribed that real-world data onto Virtual areas where there is a huge lack of regulation. This means that any unknowing individuals data can be harvested, have content transcribed in their likeness to illegal degrees. These are commonly called "deep fakes".[30]

58.    Meta and Nvidia are also widely known to have a problem with "deepfake" on their platforms. The term "deepfake" comes from two separate words – deep learning and fake – which uses artificial intelligence technology to create fake pictures or videos. The creator can utilize special software programs to create the picture or video by face swapping. This has become a problem because it can violate the victim's privacy rights and public image. Many victims of Deepfake technology cite the content

for either being obviously explicit and profane, or that the deepfakes are made in their likeness with often certain traits that are altered to make them out of character.[31]

## IX.  The data collected from Meta and Nvidia is illegally harvested

59.  Meta particularly, and Nvidia, are known to go behind the scenes with their applications and policies. Their prior lawsuits, as noted above, ended with admittance. In the Cambridge Data Breach, they agreed to pay $725 million for illegally harvesting data.[32] The Alliance for Creativity sued them for illegally streaming content that they did not own on their Omniverse Channel.[33] In the case against GPRD[34], users were upset about 1- the kinds of data that Meta collected and 2- the ways and means by which the data was collected. The case is still standing. In addition, on the Metaverse app, there is a lot of controversy over copyright and image rights on their platforms, including 3 major cases concerning copyright infringement through their live stream labeling and "deep fakes".[35]

60.  Meta and Nvidia, being pioneers of technological development, are known to use many of the most advanced technologies, including **Near Infared Spectroscopy Imaging for image based eye tracking technology and brain computer interfaces**[36] which can respectively allow one to see images that an individual's eye sees[36], and amoung other things turn thoughts into text, which can be rendered as well into audio through live stream logs.[37] This technology application simply requires an uncomplex HD video camera, meaning that eye tracking can be read through a phone camera or webcam, but these are not the only means that it can be accomplished. Augmented reality is made with live content, and this also encompasses the use of SAR and Optical imaging satelites, which the Metaverse is also confirmed to use. SAR and Optical Satelite imagery can acheive Near Infared Spectroscopy Imaging.[37]

61.  Defendants sell, advertise, and promote their AR/XR devices, programs, platforms and applications, including but not lmited to their Metaverse and Nvidia Omniverse Platforms, and on these platforms, they upload vast amounts of illegally-

companies and platforms without discretion.[39], [39-1]

62.     Defendants' participation regarding the illegal collection and use of data and the harms it poses are material. There is widespread controversy and concern around the Defendant's use of illegally-obtained data on their AR/XR Platforms, and websites offering Internet or Media Services, through AR/XR devices, programs, and applications, and fNIRS technologies. The Plaintiff will consolidate these claims in the later factual allegations.

63.     For example, there are currently standing lawsuits filed from different sources including the Cambridge Data Breach and UK GRPD, and lawduits by Alliance for Creativity, Nike vs Stockx and Hermes vs Rothschild for copyright infringment.[40]

64.     Nvidia Omniverse is a platform specifically designed to make content for Meta's Metaverse, and Maxar Technologies is specifically in support of the Metaverse The three are explicitly a joint venture, and thus can be considered equally liable for the endeavors of each concerning their AR Platforms. Nvidia Omniverse was sued by the Alliance for Creativity, who won $50 million Against them for streaming pirated content on their platform. There are several records of lawsuits filed against them for similar claims. They are also documented to have been trying to start several "live stream tv services", starting in a failed venture in 2019[41], and despite not having liscence litigation have continued to try this year.[42]

---

[29]See How to use Blockchain in the Metaverse https://blockchain.oodles.io/blog/how-to-use-blockchain-in-the-
metaverse/&ved=2ahUKEwj3o_fq46r_AhVgFVkFHXDeAHIQFnoECCYQAQ&usg=AOvVaw2rEcWNZ
U7MSOntzHRKNSLZ; c-metaverse-is-now-centre-for-international-governance-innovation/; What is
a Blockchain https://www.forbes.com/advisor/investing/cryptocurrency/what-is-blockchain/;
There's no Good Reason to Trust Blockchain Technology https://www.wired.com/story/theres-no
-good-reason-to-trust-blockchain-technology/
[30]Technology and Legal issues Behind Metaverse www.abovethelaw.com/2022/09/the-
technology-and-legal-issues-behind-metaverse/
[6]See The Time to Stop a Toxic Metaverse is Now https://mediawell.ssrc.org/news-items/the-time
-to-prevent-a-toxi
[30]See What is a Deepfake https://www.businessinsider.com/guides/tech/what-is-deepfake?amp;
https://www.lexisnexis.co.uk/legal/news/what-to-do-about-deepfake-metaverse-libel-threat-to-

https://cybernews.com/security/rise-of-deepfakes/

[31]Deepfakes: A new threat to personal privacy and identity
https://www.cameraforensics.com/blog/2022/08/25/deepfakes-a-new-threat-to-personal-privacy-and-identity/

[32]Meta settles Cambridge Analytica scandal case for $725m
https://www.bbc.com/news/technology-64075067.amp

[33]Ace wins $50 million Against Omniverse
https://www.trademarksandbrandsonline.com/news/ace-wins-50m-damages-and-injunction-against-omniverse-5574

[34]See Meta Faces Lawsuit to stop ' Surveillance Advertising'
https://www.theregister.com/AMP/2022/11/23/meta_surveillance_advertising_high_court/&ved=2ahUKEwix8_X366r_AhViJ30KHUzNAHMQFnoECA4QAQ&usg=AOvVaw08nouwHvPe95kWWK9-ZeX6

[35]Live Deepfake in the Metaverse https://volucap.com/deepfakes-in-the-metaverse/

[36]Functional Near infared Spectroscopy: Enabling Routine Functional Brain Imaging
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5810962

[36-2]Funtional Near Infared Spectroscopy and it's Applications
https://www.arcgis.com/home/item.html?id=4e681ff69e0e4b90866bb6a2e03db24a

[37]Ai makes non invasive brain reading possible by turning thoughts into text
https://amp.theguardian.com/technology/2023/may/01/ai-makes-non-invasive-mind-reading-possible-by-turning-thoughts-into-text

[39]See How many metaverses are there? https://insidetelecom.com/how-many-metaverses-are-there/; How many Metaverse Platforms are there? https://distinguished.io/blog/how-many-metaverse-platforms-are-there: "10,000+ platforms"

[39-1]See Smart Contact Lens From Mojo Vision Let you gave into the Metaverse future
https://www.thedailybeast.com/smart-contact-lenses-from-mojo-vision-let-you-gaze-into-the-metaverse-future; Will Metaverse contact lens replace smartphones;
https://www.dailystar.co.uk/tech/news/metaverse-contact-lenses-replace-smartphones-27451009; 5 metaverse glasses changing the industry
https://metaverseinsider.tech/2023/04/27/metaverse-glasses/; Facebook's AR Glasses
https://metamandrill.com/facebook-ar-glasses/

[40]Copyright in the Metaverse https://www.mynewsdesk.com/sg/pitchmark/news/nike-sues-stockx-for-violating-trademarks-over-nfts-442211

[41]Omniverse Is Launching a New Live TV Streaming Service
https://cordcuttersnews.com/omniverse-is-launching-a-new-live-tv-streaming-service/?amp=1

[42]Omniverse TV Announces Changes to its Live Television Services Offering
https://www.prweb.com/releases/omniverse_tv_announces_changes_to_its_live_television_services_offering/prweb16348740.html

—————————————————

VII.        Google, made particular from other ISPs, has large influence in the US, and similarly to the Plaintiff's Complaints against Website and Application Content that manipulates her data through AR/XR, Google does this as well, including through its Search Engine, Advertisments and in the Google Play Store. They are also rumored to have many links to Jorge Garcia, the person who constructed the military base upon the Plaintiff.

65.        The Plaintiff has had a variety of experiences with the company Google's

use of AR/XR technology, specifically the use of it with the AR/XR program based on the

military base scheme revolving around the Plaintiff, which as stated had begun it's

surveillance programs.

66.     As technology had begun to develope very quickly throughout the Plaintiff's life, as she was born in 1991, she has deduced that this is one of the first AR/XR programs of its kind. This is supported by the 9-11 attacks which had begun in the year 2001. In fact, the military base scheme revolving around Plaintiff King had seen a great deal of advancement by the time she was 10 and 11 years old, with the media publications Naruto abd Lilo and Stich having come out that year. The 2 publications marked the growing momentum of the base conception. Both of them are linked a base constructor/"general manager" of the program named Jorge Garcia, who is known to produce media with DreamWorks, Disney and several other companies. Jorge Garcia is depicted in the publications with the Plaintiff, who was aged 10 and 11 at the time, and had no awareness of the situation. **The Plaintiff has several proofs of this documented in the following link: https://drive.google.com/file/d/1LvaqPmMr5MPG9K3bVajhsY1mIvdfaQEM/view?usp =drivesdk, as well as all other linked court cases filed with Lakeport Superior Court in Lakeport CA.**

67.     The first 2 publications also ushered in the primary publications of the TV shows Lost and Death Note, which had begun airing respectively when she was 13 and 15 years old. Both of which publications linked to herself and Jorge Garcia explicitly, as well as depicting the pre-meditation of using the Plaintiff as a gambling tool when the constructors had planned or knew that she was going to move from Calaveras County to Lake County shortly after high school around the year 2008. These 2 later publications depicted not only the Plaintiff and trails of Garcia, but as well several Lake County CA residents, who are: Anthony Guardino, Amanda Conley, Daniel Schmitt, Daryl Scapher and Vicente Colacion. These are a few of the individuals that all of the AR/XR participants seems to know, in addition to the Plaintiff's own old and new friends, family

68.    As with Match Group's use of their websites and apps to deploy fake profiles impersonating the Plaintiff and several individuals she has known, Google, through its Advertisments, Play Store Apps, and Search Engine have seemed to employ the use of the particular AR/XR military base scheme which has revolved around the Plaintiff for much longer than she knew, before she was informally informed around the uear 2021.

69.    The Plaintiff's Complaint about their Advertising practices are confirmed in paragraphs following this one in this section. In short, the Advertisment tactics using real-time AR/XR and Deepfakes technology are already confirmed to be material by multiple sources. That also applies to their Search Engine, in which the Plaintiff sometimes finds odd Google banners and informal, targeted, fake links within her search results.

70.    In addition to the above 2 complaints, the last currently known complaint that she has with the company is the content within their play store. The Plaintiff has, over the course of becoming homeless due to the Covid-19 Pandemic, gone from working for 15 years full time in manager positions to disabled from working. She has seen spare time in which she cannot seek employment or even go outside, so she had looked for ways to make money to support herself basically. In doing so, she had uncovered several stand-alone apps in the Play Store, as well as, more importantly, organized Android Gaming Platforms that use her personal information, and the AR/XR military base operation details, in order to "story-afy" their apps. Upon research and newfound knowledge of Blockchain and Cryptocurrencies, as well as the Metaverse, the Plaintiff can deduce that her likeness in the Platforms is called an "NFT"-- this is something that is also cited in the later paragraphs of this section, which details Google's July 2023 plans to begin making NFTs available in their App Store.

71.    Google's reported July 2023 plans to make NFTs available in the Play

Store is searching to build the Plaintiff plans to fight extremely. She contests that Blockchains, Cryptocurrencies, NFTs and all AR/XR contents and infastructure are extremely damaging to a citizens safety and civil rights, as well as flat out extremely illegal under all of the statues listed in this case and more. Google has already begun to admit to their use of AR/XR Advertising using AI or Deepfake Technology, and this is a damaging trend that must stop.

72. Five other cited particular issues with Google's practices include:

1. <u>Monopolization: <u>Source 1: Sep 2023:</u></u> Google faces a £7 billion lawsuit for blocking search engine competition at the expense of consumers.[43] <u>Source 2: :</u> _____[44] <u>Source 3: Sep 2023:</u> Google tentatively settles antitrust lawsuit over Play Store practices: "Sep 2023:Google LLC has agreed to settle a lawsuit that accused it of breaching antitrust rules with the Play Store. Two years ago, a group of 37 state attorneys general sued Google over its business practices in the mobile market. The lawsuit, which represents 21 million consumers, focused on app purchases made through the Play Store. When the lawsuit was filed, the Play Store required developers to process app transactions using Google's own payment system, which charged a commission of up to 30%. There are competing payment systems that charge lower commissions. The lawsuit alleges that by preventing developers from using those lower-cost services, Google inflated app transaction prices for consumers. The search giant has updated its policies since the lawsuit was filed. In October 2021, Google lowered the fees it applies to many Play Store transactions from 30% to 15%. More recently, the company started allowing developers in India, Australia, Indonesia, Japan and the European Economic Area to use billing systems other than its own for app transactions. Today, the Justice Department, along with the Attorneys General of California, Colorado,

Virginia, filed a civil antitrust suit against Google for monopolizing multiple digital advertising technology products in violation of Sections 1 and 2 of the Sherman Act."[45]

2. <u>Location Tracking, and Disclosure of real-time GPS location data: Source 1: November 14, 2022:</u> Google has agreed to pay nearly $392 million in a settlement with 40 states over allegations that the company tracked people through their devices after location tracking had been turned off, a coalition of state prosecutors announced on Monday.  Location data, often obtained by law enforcement in criminal investigations to identify suspects, is an important part of Google's advertising business. State investigators called it 'the most sensitive and valuable personal information Google collects,' noting that it helps target people with ads based on their vicinity.[46] <u>Source 2: Jan 2022:</u> Google falsely led consumers to believe that changing their account and device settings would allow customers to protect their privacy and control what personal data the company could access," DC Attorney General Karl Racine said. "The truth is that contrary to Google's representations it continues to systematically surveil customers and profit from customer data. 'Google's support page on the subject states: 'You can turn off Location History at any time. With Location History off, the places you go are no longer stored,' the AP reported. 'That isn't true. Even with Location History paused, some Google apps automatically store time-stamped location data without asking.'"[47]

3. <u>Biometric Data Collection and Retention:</u> Oct 2022: Attorney General Paxton has sued Google, alleging that the tech giant has unlawfully captured and used the biometric data of millions of Texans without

alleges that Google, in yet another violation of Texans' privacy, has collected millions of biometric identifiers, including voiceprints and records of face geometry, from Texans through its products and services like Google Photos, Google Assistant, and Nest Hub Max. Google's exploitation of the personal information of Texans for its own commercial interests is a knowing violation of the state's Capture or Use of Biometric Identifier Act.[48]

4. <u>Artificial Intelligence & Deepfake Technology:</u>   <u>Source 1: July 2023:</u> A California law firm has filed a class-action lawsuit against Google for 'secretly stealing' vast amounts of data from the web to train its AI technologies. Clarkson Law Firm is suing the tech giant for negligence, invasion of privacy, larceny, copyright infringement, and profiting from personal data that was illegally obtained. 'Google has taken all our personal and professional information, our creative and copywritten works, our photographs, and even our emails—virtually the entirety of our digital footprint—and is using it to build commercial Artificial Intelligence ('AI') Products like 'Bard,'" said the complaint, which was filed on July 11 in the Northern District of California. Recently, Clarkson filed a similar class-action lawsuit against OpenAI, the company that created ChatGPT, for 'theft and misappropriation of personal data,' using the same kind of data-scraping operation. Large language models need huge amounts of data to train AI chatbots and make them conversational and intelligent. Both Bard and ChatGPT rely on large language models to work, which has raised concerns about use of private data as well as copyright infringement."; ""Google does not own the internet, it does not own our creative works, it does not own our expressions of our personhood, pictures of our families

1/

said

Ryan Clarkson, managing partner of Clarkson, in a press release. "We have only recently learned that Google has been taking everything ever created or shared online by millions of internet users, including all our personal information, creative works, and professional works, and using all of that data to train and build commercial AI Products."[49] <u>Source 2: Sep 2023:</u> Google enforces disclosure rules for AI-generated election ad content: "Deepfakes created by AI algorithms threaten to blur the lines between fact and fiction, making it difficult for voters to distinguish the real from the fake. Google will make it mandatory for all election advertisers to add a clear and conspicuous disclosure starting mid-November when their ads contain AI generated content, the company said on Wednesday. The policy would apply to image, video, and audio content, across its platforms, the company said in a blog post."[50]

5. <u>Pushing to Use/Promote Risky Blockchain and Cryptocurrency Policies:</u>

July 2023: "Google's Play Store is taking measures to provide what it calls a 'safe, transparent, and trusted experience' for blockchain games and NFTs: "The new policy will require blockchain game developers to disclose a game's status as a blockchain game on its content page on the Google Play Store—similar to how Epic Games offers a boilerplate blockchain game disclaimer on the download page for every crypto-enabled game hosted on its platform."[51]

---

[43]Google faces a £7 billion lawsuit for blocking search engine competition at the expense of consumers https://consumervoice.uk/digital/google-faces-a-7-billion-lawsuit-for-blocking-search-engine-competition-at-the-expense-of-consumers/;

[44]Justice Department Sues Google for Monopolizing Digital Advertising Technologies https://www.justice.gov/opa/pr/justice-department-sues-google-monopolizing-digital-advertising-technologies

[45]Google tentatively settles antitrust lawsuit over Play Store practices https://siliconangle.com/2023/09/06/google-tentatively-settles-antitrust-lawsuit-play-store-

[46]Google pays nearly $392 million to settle sweeping location-tracking case
https://www.npr.org/2022/11/14/1136521305/google-settlement-location
[47]Google gets hit with a new lawsuit over 'deceptive' location tracking
https://techcrunch.com/2022/01/24/google-lawsuit-location-dc-privacy/amp/
[48]PAXTON SUES GOOGLE FOR ITS UNAUTHORIZED CAPTURE AND USE OF BIOMETRIC DATA AND VIOLATION OF TEXANS' PRIVACY
https://www.texasattorneygeneral.gov/news/releases/paxton-sues-google-its-unauthorized-capture-and-use-biometric-data-and-violation-texans-privacy
[49]Google slapped with a lawsuit for 'secretly stealing' data to train Bard
https://mashable.com/article/google-lawsuit-ai-bard
[50]Class-Action Lawsuit Says Google Stole Everyone's Data to Train Its AI
https://gizmodo.com/google-bard-ai-stole-data-class-action-suit-says-1850631307; Google enforces disclosure rules for AI-generated election ad content https://www.thehindu.com/sci-tech/technology/google-to-make-disclosure-of-ai-generated-content-mandatory-for-election-advertisers/article67279755.ece/amp/
[51]Google Will Let Android Play Store Games and Apps Offer NFTs
https://decrypt.co/148331/google-android-play-store-games-apps-nfts?amp=1

————————————

VIII.        The FCC made the initial decision in 2018 to revoke ISP companies' status as Title II companies under the FCC Act, which led to the end of Net Neutrality rules which had prevented ISPs from blocking content, throttling consumer service, and allowing for paid prioritization within their networks.[71]

73.     This is related to the other lawsuits that the Plaintiff has filed with Lakeport CA Superior Court about AR/XR use in the County under case no. CV-425396 which is available to read at the following link:

https://drive.google.com/drive/folders/1TvwJi2ruN6lEjcb9QSvvcNSXGOBHXqkU

74.     The Plaintiff had only become aware of the change to the internet rules informally- that is by the actions made from the years 2019-the present, which encompassed high amounts of stalking and harassment by individuals unknown to her through the use of AR/XR products, that was inflicted on her and the residents of her home, inside their home in the begining in 2019 as well. This constant, real-time stalking and harassment had eventually caused conflict and disorder between the residents of her house and those committing the harassment, leading to the other renters opting out of continuing to live at the house, which had caused Plaintiff King to become homeless.

75.     Plaintiff King later, in between trying to find a secure place to stay, did have time to research about how this was happening, finding out near the end of the year 2022, that the Net Neutrality that she has wholey supported was indeed overturned

1/

home.

76.     A main problem that Plaintiff King has discovered about this change to
Title 2 regulations, is the finding that many of the anti-Net Neutrality comments on the
internet and the FCC's page have been proven to be fake. In 2017 and 2018, after solid
Net Neutrality had been put in place in 2015, those opposed to it, namely large
technology companies, had posted millions of allegedly fake, bot comments posing as
anti-net neutrality:

- "The big picture mechanism that enabled the fraud were the layers of
  vendors and contractors separating the people that commissioned the
  comments — BFA and its lobbying firm — from the multiple companies
  actually "collecting" names. The lobbying firm hired three companies —
  Fluent, Inc., React2Media, Inc., and Opt-Intelligence, Inc — to solicit comments
  and letters to Congress. These companies do what's called "lead generating,"
  which means using online marketing tactics to gather personal information. ....
  ..... .... What these companies were *supposed* to do was actually sketchy in
  and of itself. They were supposed to display ads that got people to consent to
  the companies sending a pre-written comment on their behalf. They
  contracted with organizations like the Taxpayers Protection Alliance to make
  it look like the campaigns were coming from organizations — intentionally
  obscuring the BFA's involvement in the operation. They also employed "Mad
  Libs"-like tactics that would automatically make messages look different from
  one another to obscure the fact that they were a result of a campaign. The
  second firm, Opt-Intelligence, hired multiple layers of subcontractors who also
  ended up using old records from unrelated campaigns. The black market was
  the data source of the third vendor, React2Media, which was responsible for
  running banner ads."[73] More articles also echo the fact: May 2021: "Nearly 18

million out of 22 million comments were fabricated, including both pro- and anti-net neutrality submissions, the report said. One 19-year-old submitted 7.7 million pro-net neutrality comments under fake, randomly generated names. But the astroturfing effort funded by the broadband industry stood out because it used real people's names without their consent, with third-party firms hired by the industry faking consent records, the report said."; "The secret campaign, backed by major broadband companies, used real people's names without their consent."[73]

77.     Other reasons that Net Neutrality should be re-enacted are as follows:

- **Limited Broadband Provider Options:** FCC data shows that only 8.6 of people in the US have access to more than one ISP. So, if your ISP decides to throttle or censor data, it will affect you immediately and you're "stuck", Pierce Stanley, a technology fellow at Demand Progress, a grassroots civil liberties group, told Al Jazeera.[74] Google, T-Mobile, AT&T, and Verizon and Comcast have all specifically been involved in large anri-tryst cases.

- **Blocking and Censorship:** May 2017: digital rights advocacy group says it was threatened by Comcast lawyers after launching a website that is organizing an investigation into allegedly fake anti-net neutrality comments submitted to the FCC. Fight for the Future, which operates Comcastrotorf.com, accused the cable giant of censorship on Tuesday after receiving a cease and desist letter that said the group was infringing on its trademark. The letter, sent by LookingGlass Cyber Security Center, demanded the Comcastrotorf domain name be reassigned to Comcast because it violates the law by using a domain name that is "identical or confusingly similar to someone else's trademark.[75]

- **Extreme and Illegal Data Collection, Use and Sale Practices:** <u>Source 1: Jan 2023:</u> Deadline Passes on T-Mobile's $350 Million Settlement Days After

Another Data Breach: After a 2021 cyberattack exposed millions of customers' personal information, T-Mobile agreed to a $350 million settlement to resolve claims that its negligence led to the breach. It was second-largest data breach settlement in US history, following Equifax's $700 million settlement in 2019. The last day to submit a claim for part of the massive payout was Monday, Jan. 23, 2023. Just days before that deadline, though, T-Mobile announced another cyberattack on Jan. 19, one that impacted at least 37 million current customers. **Source 2: May 2023: T**oday's Your Last Chance to Claim Money From AT&T's $60 Million Settlement: In a 2014 lawsuit, the US Federal Trade Commission alleged at least 3.5 million AT&T customers with unlimited plans had their data speeds slowed when they reached a monthly limit, a practice known as "data throttling." Some networks declined as much as 80% to 90%, according to the FTC, with users reporting that video streaming, web browsing and even GPS navigation became "difficult or nearly impossible to use."[76-2] **Source 3:** In Hepting v. AT&T, EFF sued the telecommunications giant on behalf of its customers for violating privacy law by collaborating with the NSA in the massive, illegal program to wiretap and data-mine Americans' communications. Evidence in the case includes undisputed evidenceprovided by former AT&T telecommunications technician Mark Klein showing AT&T has routed copies of Internet traffic to a secret room in San Francisco controlled by the NSA. Source 4: Comcast sued for disclosing customer information Settlement amount" $33.4 million Comcast received a penalty of $33.4 million in 2015. Comcast fell under the microscope when investigated for allegations that the company violated consumer protection laws by allowing unauthorized disclosure and publication of non-published directory listing information about its customers. Investigators discovered that Comcast disclosed

personal information such as their name, address, and telephone number of an estimated 75,000 customers without the permission of customers subscribed to Comcast Phone of California LLC and associated enterprises.[76-3] **Source 4: May 2019**: "The four major wireless telecommunication companies in the U.S. have just been hit with massive class action lawsuit. The suit claims that AT&T, Verizon, Sprint, and T-Mobile all violated customers' privacy by sharing their data to third party brokers. In turn, these brokers would then sell the data to bounty hunters, bail bondsmen, debt collectors, and middlemen. The complaint alleges that the four biggest U.S. mobile carriers violated federal communications law by sharing phone numbers, geolocation data, and other account information. The class action covers approximately 300 million customers ranging from April 30, 2015 and February 15, 2019 spread out between the four companies."[76] **Source 5: Oct 2021:** "'Even though several of the ISPs promise not to sell consumers personal data, they allow it to be used, transferred, and monetized by others.' The new FTC report studied the privacy practices of six unnamed broadband ISPs and their advertising arms, and found that the companies routinely collect an ocean of consumer location, browsing, and behavioral data. They then share this data with dodgy middlemen via elaborate business arrangements that often aren't adequately disclosed to broadband consumers.... .... The agency's report also found that while ISPs promise to only keep consumer data for as long as needed for "business purposes," the definition of what constitutes a "business purpose" is extremely broad and varies among broadband providers and wireless carriers.\* The report repeatedly cites Motherboard reporting showing how wireless companies have historically sold sensitive consumer location data to dubious third parties, often without user consent. This data has subsequently been abused from everyone from bounty hunters and stalkers to law

of the data collected isn't necessary for the everyday business purposes of ISPs. The collection and storage of such massive troves of unnecessary data harms consumers via potential exploitation by 'property managers, bail bondsmen, bounty hunters, or those who would use it for discriminatory purposes,' the FTC said."[76] **Source 6: May 2019:** Verizon, T-Mobile, Sprint, and AT&T Hit With Class Action Lawsuit Over Selling Customers' Location Data: AT&T, T-Mobile, and Sprint had all sold access to the real-time location of their customers' phones to a network of middlemen companies, before ending up in the hands of bounty hunters. Through its negligent and deliberate acts, including inexplicable failures to follow its own Privacy Policy, T-Mobile permitted access to Plaintiffs and Class Members' CPI and CPNI," the complaint against T-Mobile reads, referring to "confidential proprietary information" and "customer proprietary network information," the latter of which includes location data. The complaints against T-Mobile, AT&T, and Sprint are largely identical, and all also mention how each carrier ultimately provided data to a company called Securus, which allowed low level law enforcement to locate phones without a warrant, as The New York Times first reported in 2018. The complaint against Verizon focuses just on the Securus case. However, Motherboard previously reported how Verizon sold data that ended up in the hands of another company, called Captira, which then sold it to the bail bondsman industry."[77] **Source 7: Feb 2020:** Comcast Collects Viewing Data Without Consent, Class Action Lawsuit Alleges: "The 20-page case cites alleged violations of the Cable Communications Policy Act of 1984, known otherwise as the Cable Privacy Act, a law meant to safeguard the privacy and security of cable subscribers' personal details "against the technical capabilities of two-way cable networking equipment." The Cable

1/

having their way with subscribers' data or viewing habits with the exception of a limited few circumstances."[78]

78.    In Plaintiff King's case, the data collection use and sale practices, along with real-time AR/XR tactics, were used on her before she even knew that Satelite or drone videos or spywate could or did take imagery that was viewable to unauthorized persons. The resulted in one, and several more similar injuries over years. An article from 2015 yet again reflects events in the plaintiff's own life, which is also documented several times in her filed restraining orders and other law suits, which in this case was that in 2015, having learned just 1 year prior that someone seemed to have spyware in her device for the first time, she had been surprised by an imposter's bad actions, and had suffered a severe heart attack. The article posted at that time reflects that, as well as the Plaintiffs prior reports with the Court: "Angela Hawkins, 53, called the cell company to check on her account. The call began normally, but a female company representative then began questioning Hawkins "in an aggressive manner," she claimed. After being on hold for 15-20 minutes, a "manager" who called himself "Jason" came on the line. "Jason" allegedly berated Hawkins and said he was calling the police to report her behavior. The manager accused Hawkins of being abusive to the first company rep. Hawkins denied any such behavior. After being told police would be called, Hawkins claimed she became so anxious and fearful, she felt tightness in her chest and difficulty breathing. When she sought medical care, she was told she had suffered a myocardial infarction."[79]

---

[72]Net neutrality in the United States - Wikipedia
https://en.m.wikipedia.org/wiki/Net_neutrality_in_the_United_States#:~:text=The%20FCC%20vot ed%20along%20party,the%202015%20Open%20Internet%20Order
[73]How shady companies got millions of names for fake anti-net neutrality comments
https://mashable.com/article/net-neutrality-fake-comments-isps-fraud;
https://www.buzzfeednews.com/article/jsvine/net-neutrality-fcc-fake-comments-impersonation;
New York AG reveals CNN, MSNBC parent companies funded millions of fake net neutrality comments May 2021 https://www.foxnews.com/media/comcast-att-fake-net-neutrality-comments.amp; U.S. broadband industry accused in 'fake' net neutrality comments

1/

https://www.reuters.com/technology/us-broadband-industry-funded-fake-net-neutrality-comments-ny-ag-2021-05-06/

[74]Biggest ISPs paid for 8.5 million fake FCC comments opposing net neutrality https://arstechnica.com/tech-policy/2021/05/biggest-isps-paid-for-8-5-million-fake-fcc-comments-opposing-net-neutrality/amp/

[75]What is Net Neutrality and Why It Matters https://www.aljazeera.com/amp/news/2017/12/15/what-is-net-neutrality-and-why-it-matters

[76-1]Deadline Passes on T-Mobile's $350 Million Settlement Days After Another Data Breach https://www.cnet.com/personal-finance/deadline-passes-on-t-mobiles-350-million-settlement-days-after-another-data-breach/

[76-2]Today's Your Last Chance to Claim Money From AT&T's $60 Million Settlement https://www.cnet.com/personal-finance/last-chance-to-claim-money-from-at-ts-60-million-settlement/

[76-3]The 10 Biggest Comcast Lawsuits of All-Time https://lawyerinc.com/the-10-biggest-comcast-lawsuits-of-all-time/

[76]Group Accuses Comcast of Trying to Censor Pro-Net Neutrality Site https://lawyerinc.com/the-10-biggest-comcast-lawsuits-of-all-time/ https://thehill.com/policy/technology/334910-group-accuses-comcast-of-trying-to-censor-pro-net-neutrality-site/amp/; Comcast Is Trying to Censor a Site That Claims Comcast Is Committing Fraud https://www.vice.com/en/article/a3w9vj/comcast-is-trying-to-censor-a-site-that-claims-comcast-is-committing-fraud

[77]AT&T, Verizon, Sprint, and T-Mobile hit with lawsuit for selling location data https://mashable.com/article/att-verizon-sprint-tmobile-location-data-class-action-lawsuit

[78]Internet Service Providers Collect, Sell Horrifying Amount of Sensitive Data, Government Study Concludes https://www.vice.com/en/article/93b9nv/internet-service-providers-collect-sell-horrifying-amount-of-sensitive-data-government-study-concludes

[79]Verizon, T-Mobile, Sprint, and AT&T Hit With Class Action Lawsuit Over Selling Customers' Location Data https://www.vice.com/en/article/3k3dv3/verizon-tmobile-sprint-att-class-action-lawsuit-selling-phone-location-data

[80]Comcast Collects Viewing Data Without Consent, Class Action Lawsuit Alleges https://www.classaction.org/news/comcast-collects-viewing-data-without-consent-class-action-lawsuit-alleges

[81]Woman claims call to Verizon gave her heart attack, seeks $2.35M https://www.cbsnews.com/news/virginia-woman-claims-call-to-verizon-gave-her-heart-attack-seeks-2-35-million/

---

IX.        Plaintiff King claims that either the FCC or the companies that were lobbying for anti-Net Neutrality rules' decision to overturn the Title II rules had a direct link to her, and using her as a basis to run AR/XR programs.

79.    In an article posted in May 2018, which claims that the FCC was planning to terminate Net Neutrality in June that year, they describe that when the new rules go into effect: "In a statement, Jessica Rosenwarcel, the FCC's sole Democratic commissioner and lone net neutrality supporter following the resignation of Mignon Clyburn, called her agency's decision " profoundly disappointing".[82] The Comissioners' name from the previous statement, Jessica Rosenwarcel, is strikingly similar to the Plaintiff's name, which is Jessica King. The Conmssioner also shares basic feature

80.    As stated in the previous allegation, Plaintiff King is in fact, she has
discovered since the year 2020, a victim of a "military base" scheme, which had
started since she was a child. This is why she believes the Defendants are involved with
stalking and harassing her: which based on the details of the base scheme is obviously
because the fact that she was spied on as a child and made into a "child star", which
was in some areas apparently highly publicized, however awfully it was founded. That is
as such, several different outlets of movies and TV shows such as ABC, AMC, Disney,
foreign outlets, Netflix and others all released publications related to the base operation.
This, supposedly, started one the first unoffical AR/XR programs.

81.    The military base that revolves around Plaintiff King is rooted in fact and
proof. It's high publicity is also rooted in fact and proof.

82.    In addition, the damages that Plaintiff King had incurred from being
stalked, cyber stalked, stolen from, assaulted and defrauded by those using the base,
are also rooted in fact and proof.

83.    The fact that the FCC had had plans to overturn Net Neutrality rules
speaks highly to their vision that they imagined stealing profit from the use of the base.
Or, to use the base, or in other words, Plaintiff King herself, as a means to make profit
for, themselves.

84.    That is especially interesting to Plaintiff King, seeing as she had, prior to
the 2019 incidents, been a selfmade, ful time worker for 15 years in manager positions,
had plans to finish the goals set in line for her old job to cover, and was frequently
speaking of her desire to finish situating her adult home and careers choices, in which
she imaged moving from her area very soon to do that-- right up until Title 2 was
repealed by the FCC and AR/XR programs were launching. Plaintiff King is a hard
working, law-abiding citizen, who has had little trouble managing her life before, and

85.   Other examples of evidence linking the FCC to viewing and using the Plaintiff's personal information within the scope of the AR/XR program are, as the pattern follows, evidence of mimicary of certain people, places and ideas that are re-occuring in most of the AR/XR participants. Some examples of these within the FCC are:

86.   1. The Comissioner Jessica Rosenwarcel shares a first name with Plaintiff King, as well as a physical resemblance. These are common AR/XR tactics, which are also later in the suit laid out in evidence of other online impersonation accusations

87.   2.. Commissioner Ajit Pai, who closely resbles a raffled participant of the original military base scheme and former, not-well-known aquaintance of Plaintiff King: one Vicente Colacion, whose related case is filed with the Lake County Superior Court. Yet another Commissioner, "Geoffrey Starks", is another mimic impersonation of the Colacion character. This is an obvious reference to the Game of Thrones character Joffery Lannister, whom had done wrong to a young Sansa Stark, as were Plaintiff King and Colacion's respective portrayals in the military-AR/XR style TV shows. Proofs of this and the background of the base operation are all provided within the filed cases. **This case, a restraining order and small claims case, can be read for verification of these claims at the following link: CV-423882:**

**https://drive.google.com/file/d/1M-**

**2hynwcta0p2TkyHO7_Moet8Pf8p3bu/view?usp=drivesdk**

88.   3. Just as Plaintiff King's relations with the person ended in 2012, so supposedly was the Colacion-impersonator elected to the board, and so too was the year that Inter Active Corp(IAC) had reportedly begun to collect massive amounts of consumer information.[84]

---

[82]The FCC Will Terminate Net Neutrailty https://gizmodo.com/the-fcc-will-terminate-net-neutrality-on-june-11-1825920287
[83]Geoffery Starks Wikipedia https://en.m.wikipedia.org/wiki/Geoffrey_Starks
[84]IAC (Company)- Wikipedia https://en.m.wikipedia.org/wiki/IAC_(company)

---